# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| IN RE: FOLGERS COFFEE MARKETING LITIGATION | ) Case No. 4:21-2984-MD-W-BP<br>)<br>) This Document Relates to<br>)   No. 23-00443-CV-W-BP |

### CLERK'S ORDER OF DISMISSAL

On the 3rd day of October 2023, Plaintiff Marcia Nupp herein having filed a Notice of Voluntary Dismissal without Prejudice,

IT IS ORDERED that Plaintiff Marcia Nupp hereby voluntarily dismisses, without prejudice, her claims in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: October 16, 2023